1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   KANGLU MO,                              )
13                                         )
                Plaintiff,                 )   No. C 05-4631 SC
14                                         )
         v.                                )
15                                         )
   EMILIA BARDINI, Director of the San     )   **STIPULATION TO DISMISS; AND**
16 Francisco Asylum Office; UNITED STATES  )   **[PROPOSED] ORDER**
   CITIZENSHIP AND IMMIGRATION             )
17 SERVICES ("USCIS"); EDUARDO AGUIRRE,    )
   JR., Commissioner of USCIS; MICHAEL     )
18 CHERTOFF, Secretary Department of Homeland )
   Security,                               )
19                                         )
                Defendants.                )
20 _____)

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

23 of the adjudication of Plaintiff's asylum application.

24      Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stip. to Dismiss
C 05-4631 SC

| | | |
|---|---|---|
| 1 | Date: December 30, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: December 30, 2005 | _____/s/_____<br>ROBERT DUPONT |
| 10 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 4, 2006

GRANTED
Judge Samuel Conti

Stip. to Dismiss
C 05-4631 SC